**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES EX REL. STEVEN J. HARTPENCE, *Plaintiff-Appellant*, v. KINETIC CONCEPTS, INC.; KCI-USA, INC., *Defendants-Appellees*. | No. 12-55396 D.C. No. 2:08-cv-01885-GHK-AGR |
| UNITED STATES EX REL. GERALDINE GODECKE, *Plaintiff-Appellant*, v. KINETIC CONCEPTS, INC.; KCI-USA, INC., *Defendants-Appellees*. | No. 12-56117 D.C. No. 2:08-cv-06403-GHK-AGR ORDER |

Filed December 3, 2014

**ORDER**

THOMAS, Chief Judge:

Upon the vote of a majority of nonrecused active judges, it is ordered that this case be reheard en banc pursuant to Federal Rule of Appellate Procedure 35(a) and Circuit Rule 35-3.